**HENRY DU BOIS & SONS CO., Libelant-Appellant, v. Steam Tug JOHN J. COWAN, Her Engines, etc.; Baltimore & Ohio Railroad Company, Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit.
December 5, 1927.

No. 65.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Bigham, Englar & Jones, of New York City (Leonard J. Matteson and Andrew J. McElhinney, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.   Decree affirmed, with costs.